UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Diane Olson,                                          Civil No. 05-3009 (RHK/JSM)

        Plaintiff,                                    ORDER

v.

Experian Information Solutions, Inc.,

        Defendant.

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY**.

Dated:  October 13, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge